Case 7:20-cv-00212   Document 25   Filed on 04/14/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ACN AGRIPRODUCTS, LLC, and RUBEN DARIO PUGA JUAREZ, §§§§§ Plaintiffs, §§ VS. §§ UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; CHAD F. WOLF; L. FRANCIS CISSNA; and LOREN K. MILLER, §§§§§§§ Defendants. § | CIVIL ACTION NO. 7:20-cv-00212 |

## ORDER

The Court now considers the parties' "Joint Motion to Dismiss (Without Prejudice)."[1] Because the parties filed their request as a motion, the Court analyzes it under Rule 41(a)(2), which provides "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." In their motion, the parties provide that they "agreed to request that this case be dismissed (without prejudice) in order to allow the Plaintiffs to proceed with their administrative action before USCIS."[2] In light of the parties' representations and because the motion is signed by all parties, the Court finds dismissal proper and **GRANTS** the parties' motion.[3]

---

[1] Dkt. No. 24.
[2] *Id.*
[3] *Id.*

This case is **dismissed without prejudice**. All deadlines and conferences in this case are **CANCELLED**. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of April 2021.

_____
Micaela Alvarez
United States District Judge